IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETRO DERAN PUGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-319-WKW |
| | ) | [WO] |
| KARLA WALKER JONES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On May 18, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED; and

2. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

The Clerk of the Court is DIRECTED to take all action necessary to effect the transfer.

DONE this 16th day of June, 2017.

                                          /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE